**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000614
15-MAR-2021
09:12 AM
Dkt. 120 OGMD**</span>

NO. CAAP-19-0000614

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PATRICK ADAMS and PAMELA ADAMS, Plaintiffs-Appellees/Cross-Appellants, v. KEVIN KING and LINDA KING, Defendants-Appellants/Cross-Appellees, and John Does 1-99; Jane Does 1-99; Doe Entities 1-20 and Doe Governmental Units 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC18100195K)

ORDER GRANTING JOINT MOTION TO DISMISS APPEAL AND CROSS-APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Joint Motion to Dismiss Appeal and Cross-Appeal, filed March 10, 2021, by Plaintiffs-Appellees/Cross-Appellants Patrick Adams and Pamela Adams and Defendants-Appellants/Cross-Appellees Kevin King and Linda King, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties seek to dismiss the appeal and cross-appeal; (3) the joint motion is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Joint Motion to Dismiss Appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, March 15, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge